# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts  **Category No.** II  **Investigating Agency** FBI
**City** Lowell
**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. ____  Case No. ____
Same Defendant ____  New Defendant ____
Magistrate Judge Case Number ____
Search Warrant Case Number  23-mj-4169 & 4171-DHH
R 20/R 40 from District of ____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ____   ☐ Yes  ☐ No

Defendant Name: Richard Nguyen    Juvenile: ☐ Yes  ☐ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☐ No
Alias Name: a/k/a Cheeseburger a/k/a Cheese
Address: Lowell, MA
Birth date (Yr only): 1995   SSN (last 4#): 2116   Sex: M   Race: A   Nationality: ____

**Defense Counsel if known:** ____   Address: ____
Bar Number: ____

**U.S. Attorney Information**
AUSA: Fred M. Wyshak, III   Bar Number if applicable: ____

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: ____

**Victims:** ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** ____

**Arrest Date:** ____

☐ Already in Federal Custody as of ____ in ____.
☐ Already in State Custody at ____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: ____  on ____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment
**Total # of Counts:** ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/29/2025   Signature of AUSA: *Fred M. Wyshak, III*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Richard Nguyen

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) | Distribution of and Possession with Intent to Distribute 500 Grams and More of Methamphetamine | 1 & 2 |
| Set 2 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) | Distribution of and Possession with Intent to Distribute 50 Grams and More of Methamphetamine | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013