Verdict Returned
11-21-2025
2:10 pm

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 25-cr-10031-BEM** |
| ) | |
| **RICHARD NGUYEN,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## VERDICT FORM

## JURY VERDICT

We, the jury, find the defendant, Richard Nguyen:

### Count One, on or about February 8, 2024:

Distribution of and Possession with Intent to Distribute of
Methamphetamine
21 U.S.C. §§841(a)(1) and (b)(1)(A)(viii)

_____ Not Guilty        ✓ Guilty

*If your response is "Guilty", please answer the question below:*

Was at least 500 grams or more of Methamphetamine involved:

✓ Yes

_____ No

### Count Two, on or about April 3, 2024:

Distribution of and Possession with Intent to Distribute of
Methamphetamine
21 U.S.C. §§841(a)(1) and (b)(1)(A)(viii)

_____ Not Guilty        ✓ Guilty

*If your response is "Guilty", please answer the question below:*

Was at least 500 grams or more of Methamphetamine involved:

✓ Yes

_____ No

2

**Count Three, on or about January 22, 2024:**

Distribution of and Possession with Intent to Distribute
Methamphetamine
21 U.S.C. §§841(a)(1) and (b)(1)(B)(viii)

_____ Not Guilty        ✓ Guilty

*If your response is "Guilty", please answer the question below:*

Was at least 50 grams or more of Methamphetamine involved:

✓ Yes

_____ No

I certify that the verdict is unanimous.

_Stephen Bramble_
Signature

_Stephen Bramble_
Foreperson

_11/21/2025_
Date

3